Dana Riley
490 Lake Park Ave #10565
Oakland, CA 94610
Telephone (510)812-5535
Facsimile (510)373-6505

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>ROSALIND BOLDS,<br>Debtor.<br><br>DANA RILEY,<br>Plaintiff,<br>v.<br><br>ROSALIND BOLDS,<br>Defendant. | Case No.: 16-41854<br>Chapter 7<br><br>ADVERSARY PROCEEDING No.:<br><br>**COMPLAINT TO OBJECT TO DISCHARGE OF DEBT 11 USC 523(A)(2)(4)(6)** |

**COMPLAINT TO OBJECT TO DISCHARGE OF DEBT 11 USC 523(A)(2)(4)(6)**

Plaintiff, DANA RILEY, a creditor in the above-referenced bankruptcy case alleges as follows:

## PARTIES

1. Plaintiff, Dana Riley ("RILEY"), is an individual who resides in Oakland California.

2. Defendant, Rosalind Bolds ("BOLDS") is an individual residing in Oakland California.

## JURISDICTION

3. This action is a core proceeding pursuant to 28 USC §157. This Court has jurisdiction over this proceeding pursuant to 28 USC §§ 151, 157, and 1334.

## FACTS

4. On April 22, 2015, RILEY won a Smalls Claims judgment in the amount of $1,722.54 plus Court Costs, the judgement for BOLDS fraudulent conduct. See Attached.

5. On May 5, 2016, A judgment was entered that awarded RILEY $16,000 by June 13, 2016 for a 2012 LR2 Land Rover ("VEHICLE") and RILEY returned the VEHICLE to BOLDS on or before May 16, 2016. RILEY returned the VEHICLE and BOLDS Breached the Judgment. BOLDS could have sold the VEHICLE to fulfill the judgment, but instead she filed Bankruptcy. The VEHICLE had equity that could have been used to pay towards the judgment.

6. Since the entry of the judgments, post judgment interest has continued to accrue.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for a judgment as follows:

1. Fair and equitable relief as the Court deems appropriate including:
2. A judgment against Defendant that the debt to Riley is non-dischargeable based on fraud;
3. A judgment against Defendant for judgment in a principal amount of not less than $18,571.66;
4. Prejudgment interest at 10% per annum from the date of filing the petition in the bankruptcy action;
5. Determining that the Defendants actions were of willful and malicious conduct under §523(a)(6);
6. Costs incurred;
7. Any other relief as the court deems appropriate.

Dated: October 4, 2016

Dana Riley
490 Lake Park Ave #10565
Oakland, CA 94610

**ROSALIND BOLDS; 16-41854**
**COMPLAINT TO OBJECT TO DISCHARGE OF DEBT 11 USC 523(A)(2)(4)(6)**

- 3 -

Rosalind Bolds
3764 Fruitvale Ave
#5
Oakland, CA 94602

Dana Patricia Riley
490 Lake Park Ave., #10565
Oakland, CA 94610

Superior Court of California, County of Alameda
Rene C. Davidson Alameda County Courthouse

| | |
|---|---|
| **Bolds**<br>Plaintiff/Petitioner(s)<br>vs.<br>**Riley**<br>Defendant/Respondent(s)<br>**(Abbreviated Title)** | **No. RG15762325**<br><br>**JUDGMENT** |

Department 15 Honorable Ioana Petrou , Judge

IT IS ADJUDGED that plaintiff, Rosalind Bolds recover of and from the Defendant, Dana Patricia Riley the 2012 LR2 Land Rover.

Dana Patricia Riley to deliver the 2012 LR2 Land Rover VIN SALFR2BNXCH295854 to Rosalind Bolds on or before May 16, 2016.

The Court finds there to be no prevailing party.

Each Party to bear their own costs and fees.

IT IS ADJUDGED that Cross-Complainant, Dana Patricia Riley recover of and from the Cross-Defendant, Rosalind Bolds the sum of $16,000.00 principal on or before June 13, 2016.

The Court finds for the Cross-Defendant Rosalind Bolds on the Claim of Defamation.

The Court finds there to be no prevailing party.

Each Party to bear their own costs and fees.

This Judgment was entered on 05/05/2016

Date: 05/05/2016 By facsimile

Judge Ioana Petrou

Superior Court of California, County of Alameda
Rene C. Davidson Alameda County Courthouse

Case Number: RG15762325
Judgment after Court Trial of 05/05/2016

## DECLARATION OF SERVICE BY MAIL

I certify that I am not a party to this cause and that a true and correct copy of the foregoing document was mailed first class, postage prepaid, in a sealed envelope, addressed as shown on the foregoing document or on the attached, and that the mailing of the foregoing and execution of this certificate occurred at 1225 Fallon Street, Oakland, California.

Executed on 05/05/2016.

Chad Finke Executive Officer / Clerk of the Superior Court

Digital

By ______________________

Deputy Clerk

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO
400 MCALLISTER STREET, SAN FRANCISCO, CA 94102

FILED
Superior Court of California
County of San Francisco
APR 22 2015
CLERK OF THE COURT
BY: [signature] Deputy Clerk

DANA RILEY

RESPONDENT/PLAINTIFF (S)

VS.

ROSALIND BOLDS

APPELLANT/DEFENDANT (S)

Superior Court Case Number:

CSM-14-848689

**Court Judgment-Small Claims Appeal**

**AND RELATED CROSS-CLAIM**

This cause came on regularly for trial on APRIL 22, 2015 in Department 525 before the Honorable RICHARD G. GROTCH, Judge Pro Tem Presiding. The Appellant/~~Respondent~~ appearing (name) ROSALIND BOLDS, the ~~Respondent~~/Appellant appearing (name) DANA RILEY, and evidence having being introduced, the cause was submitted for decision.

[✓] AFFIRMED [ ] REVERSED

**JUDGMENT IS ORDERED** in favor of (name) DANA RILEY and against (name) ~~ROSALIND B~~ ROSALIND BOLDS in the amount of:

$ 1,722.54 PRINCIPAL $ Ø ATTORNEY FEES $ 125.00 (COSTS)
$ Ø INTEREST $ Ø SPECIFY $ ________ TOTAL

TERMS/OTHER ORDERS The judgment filed February 20, 2015 is affirmed in all respects.

[✓] AFFIRMED [ ] REVERSED

**CROSS CLAIM JUDGMENT IS ORDERED** in favor of (name) ________ and against (name) ________ in the amount of:

$ ________ PRINCIPAL $ ________ ATTORNEY FEES $ ________ COSTS
$ ________ INTEREST $ ________ SPECIFY $ ________ TOTAL

TERMS/OTHER ORDERS CROSS CLAIM IS DISMISSED WITHOUT PREJUDICE FOR IMPROPER VENUE. ORDER ON CROSS CLAIM FILED FEBRUARY 20, 2015 IS AFFIRMED.

**The judgment on appeal is final and replaces the small claims judgment of ________.**
**Exhibits are ordered returned pursuant to CCP 1952. The case is remanded back to Small Claims Court.**

DATED: 4/22/15

[signature]
JUDGE PRO TEM OF THE SUPERIOR COURT

Court Judgment-Small Claims Appeal-Cross-Claim
Form 005153

Name and Address of Court

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO** | SC-130

Copy

**Small Claims Division**
**400 McAllister Street, Room 103**
**San Francisco, California 94102**

SMALL CLAIMS CASE NO: **CSM-14-848689**

**NOTICE TO ALL PLAINTIFFS AND DEFENDANTS:**

**Your small claims case has been decided. If you lost the case, and the court ordered you to pay money, your wages, money, and property may be taken without further warning from the court. Read the back of this sheet for important information about your rights.**

***AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS:***

**Su caso ha sido resuelto por la corte para reclamos judiciales menores. Si la corte ha decidido en su contra y ha ordenado quo usted pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte. Lea el reverso de este formulario para obtener informacion de importancia acerca de sus derechos.**

PLAINTIFF/DEMANDANTE (Name, street address and telephone number of each)

DANA RILEY
2633 38 TH AVE
OAKLAND, CA 94619

Telephone No.: (510) 810-5535

Telephone No.:

DEFENDANT/DEMANDADO (Name, street address, and telephone number of each)

ROSALIND BOLDS
3764 FRUITVALE # 5
OAKLAND, CA 94602

Telephone No.: (415) 410-8155

Telephone No.:

NOTICE OF ENTRY OF JUDGMENT

Judgment was entered as below on: Feb-20-2015

Defendant BOLDS, ROSALIND
shall pay plaintiff RILEY, DANA
$1,722.54 principal, $125.00 costs, and $.00 interest on plaintiff's claim.
Punitive damages in the amount of $1,000 are included in the Judgment due to Defendant's fraudulent conduct toward the Plaintiff.

Enforcement of the judgment is automatically postponed for 30 days or, if an appeal is filed, until the appeal is decided.

NOTICE OF DESTRUCTION OF EXHIBITS PURSUANT TO CCP 1952

Pursuant to Section 1952 of the Code of Civil Procedure of California, notice is hereby given that the exhibits introduced in the above-entitled proceedings shall be destroyed sixty (60) days after the mailing of the notice of entry of judgment or the final determination of an appeal. You may personally pick up your exhibits at the Small Claims Division or send someone with written authorization to pick them up. Exhibits will not be mailed. Upon written request, the court may preserve exhibits not to exceed one (1) year from the date of this notice.

CLERK'S CERTIFICATE OF MAILING -- I certify that I am not a party to this action. This Notice of Entry of Judgment and Notice of Destruction of Exhibits was mailed first class, postage prepaid, in a sealed envelope to the parties at the addresses shown above. The mailing and this certification occurred at the place and on the date shown below.

Place of mailing: San Francisco, California

Date of mailing: Feb-20-2015 Clerk, by PNATT, Deputy

**-- The county provides small claims advisor services free of charge. Read the information sheet on the reverse. --**

## CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, certify that I am an employee of the Superior Court of California, County of San Francisco and not a party to the above-entitled cause and that on MAR-25-2015 I served the attached Notice of Time and Place of Hearing on Appeal by placing a copy thereof in an envelope addressed to all parties to this action as listed below. I then placed the envelope in the outgoing mail at 400 McAllisterStreet, San Francisco, CA 94102, on the date indicated above for collection, sealing of the envelope, attachment of required prepaid postage, and mailing on that date, following standard court practice.

Dated : MAR-25-2015

By: JEAN KONG

DANA RILEY
2633 38 TH AVE
OAKLAND, CA 94619

ROSALIND BOLDS
3764 FRUITVALE # 5
OAKLAND, CA 94602

DANA RILEY
2633 38 TH AVE
OAKLAND, CA 94619

[Rev. 06/14/07]

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:
Dana P. Riley

WHEN RECORDED MAIL TO:
Dana P. Riley
2633 38th Ave
Oakland CA 94619

2015161257 06/10/2015 11:22 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
STEVE MANNING
RECORDING FEE: 31.00

3 PGS

(THIS SPACE FOR RECORDER'S USE ONLY)

Abstract of Judgment

TITLE OF DOCUMENT

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION (GOVT. CODE 27361.6)
(additional recording fee applies)

San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC- 2015-K073769-00
Wednesday, JUN 10, 2015 10:44:59
Ttl Pd $24.00 Rcpt # 0005164808
oar/KC/1-2

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number):
Recording requested by and return to:
Dana P. Riley (510) 812-5535
2633 38th Ave
Oakland CA 94619

☐ ATTORNEY FOR ☒ JUDGMENT CREDITOR ☐ ASSIGNEE OF RECORD

**CERTIFIED COPY**

FOR RECORDER'S USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SMALL CLAIMS SUPERIOR COURT
STREET ADDRESS:
MAILING ADDRESS: 400 McALLISTER, ROOM 103
CITY AND ZIP CODE: SAN FRANCISCO, CALIFORNIA 94102
BRANCH NAME:

PLAINTIFF: Riley, Dana
DEFENDANT: Bolds, Rosalind

CASE NUMBER: CSM14-848689

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS** ☐ **Amended**

FOR COURT USE ONLY

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's Name and last known address
      Rosalind Bolds
      3764 FruitvaleA #5
      OAKLAND CA 94602
   b. Driver's license no. [last 4 digits] and state: ☒ Unknown
   c. Social security no. [last 4 digits]: ☒ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   Dana Riley
   2633 38th Ave Oakland CA 94619
4. ☐ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 6-10-15
Dana P. Riley
(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 1847.54
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 4-22-15
   b. Renewal entered on (date):
9. ☐ This judgment is an installment judgment.
10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):
11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until (date):
12. a. ☒ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☒ A certified copy of the judgment is attached.

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN FRANCISCO

This abstract issued on (date): JUN 10 2015

CLERK OF THE COURT
Clerk, by ELIAS BOT, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: | CASE NUMBER: |
| --- | --- |
| DEFENDANT: | |

NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

This is a true [illegible] copy of the record if it bears the s[illegible] imprinted in purple ink, of the Assessor-[illegible]rder.

CARMEN CH[illegible] [illegible] 1 0 2015

ASSE[illegible] RECORDER

SAN FRA[illegible] [illegible]UNTY CALIFORNIA

BY

CERTIFIED COPY