Rosalind Bolds
3764 Fruitvale Avenue, #5
Oakland, CA 94602
PH: (415) 410-8551
FAX:
E-MAIL:

Debtor / Defendant *in propria persona*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# RB OAKLAND DIVISION

| | |
|---|---|
| IN RE:<br><br>**ROSALIND BOLDS,**<br><br>**DEBTOR**<br><br>-----<br><br>**DANA RILEY,**<br><br>Plaintiff,<br><br>vs.<br><br>**ROSALIND BOLDS.**<br><br>**Defendant** | Case No.: 16-41854<br><br>Chapter 7<br><br>Adv. Case No. 16-04187<br><br>**ANSWER TO COMPLAINT TO OBJECT TO DISCHARGE OF DEBT 11 USC 523(A)(2)(4)(6)** |

## ANSWER TO COMPLAINT TO DETERMINE

## DISCHARGEABILITY OF DEBT

I, Rosalind Bolds, Defendant in propria persona, hereby file my Answer and Affirmative Defenses to Plaintiff's Complaint, and state as follows:

    **I.**    **BACKGROUND ALLEGATIONS**

    1.    Defendant admits Paragraph 1 of the Complaint.

ANSWER TO COMPLAINT TO OBJECT TO DISCHARGE OF DEBT 11 USC 523(A)(2)(4)(6) - 1

2. Defendant admits Paragraph 2 of the Complaint.

3. Defendant admits Paragraph 3 of the Complaint.

4. Defendant denies Paragraph 4 of the Complaint.

5. Defendant denies Paragraph 5 of the Complaint.

6. Defendant denies Paragraph 6 of the Complaint.

## II. AFFIRMATIVE DEFENSES

1. <u>FIRST AFFIRMATIVE DEFENSE</u>: I, Rosalind Bolds, won a judgment, Alameda County Superior Court case RG15762325, against Dana Patricia Riley, in which Mrs. Riley was ordered to deliver the said vehicle, a 2012 LR2 Land Rover VIN SALFR2BNXCH295854, to me on or before May 16, 2016.

2. <u>SECOND AFFIRMATIVE DEFENSE</u>: Dana Patricia Riley won a $16,000 judgment against me on her Cross-Complaint, principal on or before June 13, 2016, on the Claim of Defamation.

3. <u>THIRD AFFIRMATIVE DEFENSE</u>: The Superior Court found that there was no prevailing party.

4. <u>FOURTH AFFIRMATIVE DEFENSE</u>: Nowhere in the Plaintiff's Complaint does she specify how I allegedly committed fraud.

## III. MEMORANDUM OF POINTS AND AUTHORITIES

The tort of deceit or fraud requires: "'(a) misrepresentation (false representation, concealment, or nondisclosure); (b) knowledge of falsity (or 'scienter'); (c) intent to defraud, i.e., to induce reliance; (d) justifiable reliance; and (e) resulting damage.'" (Engalla v. Permanente Medical Group, Inc. (1997) 15 Cal. 4th 951, 874 [64Cal.Rptr.2d 843, 938 P.2d 903], internal quotation marks omitted; see also Molko v. Holy Spirit Ass'n (1988) 46 Cal3d 1092,1108 [252 Cal. Rptr. 122, 762 P. 2d 46].)

"Fraud is an intentional tort; it is the element of fraudulent intent, or intent to deceive, that distinguishes it from actionable negligent misrepresentation and from nonactionable innocent misrepresentation. It is the element of intent which makes fraud actionable, irrespective of any contractual

ANSWER TO COMPLAINT TO OBJECT TO DISCHARGE OF DEBT 11 USC 523(A)(2)(4)(6) - 2

or fiduciary duty one party might owe to the other" (City of Atascadero v. Merrill Lynch, Pierce, Fenner & Smith (1998) 68 Cal. App 4th 445, 482 [80 Cal.Rptr.2d 329], internal citations omitted.)

IV.  **PRAYER**

Wheretofore, I, Rosalind Bolds, Defendant in propria persona, pray that:

1. The Plaintiff's complaint be overruled;
2. That the Plaintiff's claim be judged to be dischargeable in the accompanying case, under Chapter 7 of the U. S. Bankruptcy Code;
3. That the Plaintiff and her attorneys recover nothing; and
4. For such other and further relief as the Court deems just and proper.

 Nov. 2, 2016

ANSWER TO COMPLAINT TO OBJECT TO DISCHARGE OF DEBT 11 USC 523(A)(2)(4)(6) - 3

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on 11/2/16 , I served a copy of the foregoing **ANSWER TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT** by mailing a true and correct copy, first class mail, postage prepaid to the Defendant and Defendant's counsel, as follows:

**Dana Riley
490 Lake Park Ave #10565
Oakland, California 94610**

*(Plaintiff in propria persona)*

Dated this 1st day of November 2016

---

**(Name of Person Doing the Service)**

LAWRENCE D LANE SR
3215 D ST
HAYWARD CA 94541

*Lawrence D Lane Sr*

ANSWER TO COMPLAINT TO OBJECT TO DISCHARGE OF DEBT 11 USC 523(A)(2)(4)(6) - 4